ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Defendant Deandra Smith

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:20-cr-00283-APG-DJA |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION TO CONTINUE |
| | ) SENTENCING HEARING |
| DEANDRA MICHELLE SMITH, | ) (First Request) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the United States of America, by and through Nicholas A. Trutanich, United States Attorney, Jim W. Fang, Assistant United States Attorney; and DEANDRA MICHELLE SMITH, Defendant, by and through her counsel, Angela H. Dows, Esq. that the sentencing hearing in the above-entitled matter, currently scheduled for February 18, 2021, at the hour of 09:30 a.m., be vacated and continued for approximately sixty (60) days, or to a date and time to be set by this Honorable Court.  This is the first request for a continuance in this case.  This Stipulation is entered into based upon the following:

1. Defendant Deandra Smith requests additional time to be able to address one or more of the following: (a) items that may impact her status

with or after the anticipated stay within the Bureau of Prisons, including resolving an outstanding warrant on a matter in Arizona related to hotel room charges, (b) gathering documents and information on her behalf in preparation for sentencing.

2. Finally, instant defense counsel also requests additional time to be able to adequately represent her client in relation to sentencing, including preparing/filing objections if any, and gathering sentencing information on behalf of the client.

3. Defendant DEANDRA MICHELLE SMITH has no objection to the continuance, and specifically has requested the subject continuance for the reasons stated.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the February 18, 2021 sentencing hearing.

DATED this 2nd day of February, 2021.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney<br>By: /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney<br>Counsel for Plaintiff | CORY READE DOWS & SHAFER<br>By: /s/ Angela H. Dows<br>ANGELA H. DOWS, ESQ.<br>Appointed Counsel for Deandra Smith |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:20-cr-00283-APG-DJA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINDINGS OF FACT, |
| | ) | CONCLUSIONS OF LAW, |
| DEANDRA MICHELLE SMITH, | ) | AND ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant requests additional time in order to address one or more matters prior to sentencing that may impact her status in and following any potential custody following her sentencing;

2. Defendant's counsel also requests additional time to prepare for Ms. Smith's sentencing, including assisting in gathering any potential documentation Ms. Smith provides in support thereof;

2. Counsel for Defendant has conferred with her client, and Defendant

3

DEANDRA MICHELLE SMITH has no objection to the requested continuance to the sentencing date.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice, as additional time is needed for the parties to prepare for the sentencing hearing, and review the file and the case with counsel.

2. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 18, 2021 at 09:30 a.m., be vacated and continued to April 29, 2021, at the hour of 9:30 a.m. in LV courtroom 6C.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: __February 2, 2021__