ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Defendant Deandra Smith

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:20-cr-00283-APG-DJA |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT STATUS REPORT RE:** |
| | ) **COURT'S MINUTE ORDER** |
| DEANDRA MICHELLE SMITH, | ) **(ECF No. 11)** |
| | ) |
| Defendant. | ) |
| | ) |

Defendant Deandra Michelle Smith, by and through her counsel of record, Angela H. Dows, Esq.; and the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney hereby file this joint status report in response to the Court's minute order with respect to Defendant's sentencing and disposition, scheduled for April 29, 2021. (ECF No. 11.)

As to the inquiries in the minute order: (1) Ms. Deandra Michelle Smith consents to proceed with the hearing as scheduled, and utilizing video conferencing thereto, and (2) the hearing cannot be further delayed without serious harm to the interests of justice when the parties are ready to proceed and finalize the case.

Defendant Ms. Deandra Michelle Smith is further ready to complete the disposition of the case, including beginning her anticipated custodial sentence, and be able to move forward with the next steps/chapters in her life after serving her custodial sentence.

DATED this 22nd day of April, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney<br>By: */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney<br>Counsel for Plaintiff | CORY READE DOWS & SHAFER<br>By: */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQ.<br>Appointed Counsel for Deandra Smith |

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Cory Reade Dows & Shafer, and that on the 22nd day of April, 2021, I served a copy of the foregoing Joint Status Report by U.S. District Court CM/ECF Electronic Filing to all counsel of record herein.

/s/ Angela H. Dows
An Employee of Cory Reade Dows & Shafer