# Angela Dows

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, April 23, 2021 2:24 PM |
| **To:** | Angela Dows |
| **Subject:** | Fwd: Deandra Smith |
| **Attachments:** | Deandra Smith.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Archie Walden <archiew@training872.com>
> **Date:** April 22, 2021 at 2:12:22 PM PDT
> **To:**
> **Subject: Deandra Smith**
>
> Good afternoon, this letter is being sent for Deandra Smith, please contact me if you have any questions.  Thank you.
>
> Archie Walden
> Training Director
> SNLTT Laborers Local 872
> (702)452-9410 EX. 1764
> (702)301-0034 cell
>
> 
>
> 
>
> *If you want to go fast, go alone; If you want to go far, go together.*

April 8, 2021

To whom it may concern:

Deandra Smith was an apprentice in SNLTT Laborers Local 872 and became a journey-worker in 2018. In her time as an apprentice Deandra took required classes on time and completed work assignments as required.

She worked for several contractors during her time performing duties such as flagging, water truck, demolition, and clean up.  Her work was always acceptable and she was requested back for employment from several contractors after completing job assignments for new starting jobs.

Deandra was a good apprentice in the program and I never had any problems with her work or attitude while in our apprenticeship program.  Deandra followed policy and procedures, maintained a good work ethic and positive demeanor during her time in the SNLTT Apprenticeship Program.

Deandra readily volunteered for projects at Women's Shelters and other community based projects we performed while associated with the apprenticeship program.  If available she had no problem with giving a hand in work around the community or assisting in activities to help others.

If you have any questions please contact me at the information listed below.


Archie Walden
Training Director
SNLTT Laborers' Local 872
(702) 301-0034