RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Deandra Michelle Smith

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00283-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE 12D HEARING REGARDING CONDITIONS OF SUPERVISION** |
| v. | (First Request) |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Brenna Bush, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Brian Pugh, Assistant Federal Public Defender, counsel for Deandra Michelle Smith, that the 12D hearing regarding conditions of supervision currently scheduled for February 11, 2025 at 1:30 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel for Ms. Smith will be out of the district on a previously scheduled annual leave.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 5th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Brenna Bush*<br>BRENNA BUSH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00283-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the 12D hearing regarding conditions of supervision currently scheduled for February 11, 2025 at the hour of 1:30 p.m., be vacated and continued to March 12, 2025 at the hour of 11:00 a.m. in Courtroom 6C.

DATED this 6th day of February, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE