RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Deandra Michelle Smith

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEANDRA MICHELLE SMITH,<br><br>　　　　Defendant. | Case No. 2:20-cr-00283-APG-DJA[1]<br><br>**STIPULATION TO CONTINUE SELF-SURRENDER DATE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Deandra Michelle Smith, that the self-surrender currently scheduled on August 1, 2025, be vacated and continued to March 27, 2026 at 12:00 p.m.

　　　　This Stipulation is entered into for the following reasons:

---

[1] This stipulation is being filed in both Mrs. Smith's cases: 20-cr-283-APG and 24-cr-239-JAD.

1. On May 5, 2025 date, Mrs. Smith was sentenced by Judge Dorsey on new criminal charges (24-cr-239-JAD) to 13 months and 1 day, concurrent with the 6 months imposed by Judge Gordon on the revocation of supervised release (20-cr-283-APG).

2. Both Courts set a self-surrender date of August 1, 2025. Mrs. Smith is requesting the self-surrender date for both cases be extended to March 27, 2026 at noon.

3. Mrs. Smith is the only caregiver to her husband who suffers from multiple medical conditions. Her husband needs lung surgery, but first must have screenings done to rule out lung cancer. Documentation has been provided to the government and pretrial services.

4. Mrs. Smith is requesting the court extend her self-surrender date until noon on March 27, 2026. Ms. Smith has arranged for her niece to take over her husband's full-time care in March 2026. Her niece is not available now because she is in school and has other obligations.

5. The government and pretrial services agree with this requested continuance.

This is the first request for a continuance.

DATED this 24th day of June, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDRA MICHELLE SMITH,<br><br>Defendant. | Case No. 2:20-cr-00283-APG-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the self-surrender date of August 1, 2025, be vacated and continued to March 27, 2026 at the hour of 12:00 p.m.

    DATED this <u>25th</u> day of June, 2025.

                                             CHIEF UNITED STATES DISTRICT JUDGE