RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Deandra Michelle Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00283-APG-DJA[1] |
| Plaintiff, | **STIPULATION TO CONTINUE SELF-SURRENDER DATE** |
| v. | (Second Request) |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Deandra Michelle Smith, that the self-surrender currently scheduled on March 27, 2026, be vacated and continued to September 25, 2026 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

---

[1] This stipulation is being filed in both Mrs. Smith's cases: 20-cr-283-APG and 24-cr-239-JAD.

1. On May 5, 2025 date, Mrs. Smith was sentenced by Judge Dorsey on new criminal charges (24-cr-239-JAD) to 13 months and 1 day, concurrent with the 6 months imposed by Judge Gordon on the revocation of supervised release (20-cr-283-APG).

2. Both Courts set a self-surrender date of March 27, 2026. Mrs. Smith is requesting the self-surrender date for both cases be extended to September 25, 2026 at noon.

3. The defendant is currently suffering from significant health issues that will require brain surgery in the coming months. Additional time is needed for Ms. Smith to get additional testing and schedule her surgery. Even after the surgery, it is anticipated that additional time will be needed for her recovery.

4. Mrs. Smith is requesting the court extend her self-surrender date until noon on September 25, 2026.

5. Medical documentation has been provided to the government.

6. The government and pretrial services agree with this requested continuance.

This is the second request for a continuance.

DATED this 10th day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General


By */s/ Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender

By */s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00283-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the self-surrender date of March 27, 2026, be vacated and continued to September 25, 2026 at the hour of 12:00 p.m.

DATED this 11th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE