RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Deandra Michelle Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00283-APG-DJA[1] |
| Plaintiff, | 2:24-cr-00239-JAD-EJY |
| v. | **SUPPLEMENTAL STIPULATION TO ALLOW TRAVEL TO MEXICO** |
| DEANDRA MICHELLE SMITH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Deandra Michelle Smith, that Ms. Smith be allowed to travel to Mexico.

This Stipulation is entered into for the following reasons:

1.     In preparation for her travel, Ms. Smith discovered that her passport has expired. A condition of her pretrial release indicates that she cannot obtain new passport or passport

---

[1] This stipulation is being filed in both Mrs. Smith's cases: 20-cr-283-APG and 24-cr-239-JAD.

document without Court permission. Counsel therefore submits this amended Order, authorizing her to apply for a new or renew her current passport, for the Court's consideration.

2.    To the extent necessary, Ms. Smith may travel out of Nevada to obtain her emergency passport renewal. She must provide details of any travel to Pretrial Services and keep them updated on any changes to her itinerary.

3.    Neither the government nor Pretrial Services have any objections to this request.

DATED this 29th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General


By */s/ Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender

By */s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DEANDRA MICHELLE SMITH,

      Defendant.

Case No. 2:20-cr-00283-APG-DJA
         2:24-cr-00239-JAD-EJY

**ORDER**

    IT IS THEREFORE ORDERED that Ms. Smith can apply for and/or renew her U.S. Passport.

    IT IS FURTHER ORDERED that Ms. Smith can travel outside the state of Nevada to obtain an emergency passport and/or renewal. She must provide the details of any travel to Pretrial Services and update them with any changes.

    DATED this 1st day of June, 2026.

_____

UNITED STATES DISTRICT JUDGE

3