RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Deandra Michelle Smith

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDRA MICHELLE SMITH,<br><br>Defendant. | Case No. 2:20-cr-00283-APG-DJA[1]<br><br>**STIPULATION TO CONTINUE SELF-SURRENDER DATE**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Deandra Michelle Smith, that the self-surrender currently scheduled on September 25, 2026, be vacated and continued to April 2, 2027 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

[1] This stipulation is being filed in both Mrs. Smith's cases: 20-cr-283-APG and 24-cr-239-JAD.

1. Ms. Smith is scheduled for brain surgery in October 2026. The estimated recovery time is 4-5 months and she is scheduled for a follow-up brain scan on March 20, 2027. Medical records have been provided to the government.

2. Ms. Smith is requesting a self-surrender date in April 2027 to allow time to get the surgery, fully recover and get a follow-up scan to assess the surgery's success.

3. The government does not oppose this request.

This is the third request for a continuance.

DATED this 11th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By <u>*/s/ Heidi A. Ojeda*</u>
HEIDI A. OJEDA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By <u>*/s/ Kimberly M. Frayn*</u>
KIMBERLY M. FRAYN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANDRA MICHELLE SMITH,

Defendant.

Case No. 2:20-cr-00283-APG-DJA

**ORDER**

IT IS THEREFORE ORDERED that the self-surrender date of September 25, 2026, be vacated and continued to April 2, 2026 at the hour of 12:00 p.m.

DATED this 14th day of September, 2026.

UNITED STATES DISTRICT JUDGE